FILED
07 OCT 17 AM 9:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07 CR 2871 - DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| EDUARDO HERNANDEZ-BAHENA, | |
| Defendant. | |

The grand jury charges:

On or about August 22, 2007, within the Southern District of California, defendant EDUARDO HERNANDEZ-BAHENA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed

//

RSK:nlv:San Diego
10/16/07

1  an overt act to wit, crossing the border from Mexico into the United
2  States, that was a substantial step toward committing the offense, all
3  in violation of Title 8, United States Code, Sections 1326(a) and (b).
4      It is further alleged that defendant EDUARDO HERNANDEZ-BAHENA was
5  removed from the United States subsequent to November 29, 1999.
6      DATED: October 17, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney