FILED

07 OCT 17 AM 9:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR2871-DMS |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| EDUARDO HERNANDEZ-BAHENA, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Eduardo Hernandez-Bahena</u>, Criminal Case No. 07CR2674-DMS.

DATED: October 17, 2007.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

