**ROBERT H. REXRODE, III**
California State Bar No. 230024
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467, Ext. 3720
Facsimile: (619) 267-2666
robert_rexrode@fd.org

Attorneys for Mr. Eduardo Hernandez-Bahena

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE DANA M. SABRAW**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07cr2871-DMS |
| Plaintiff, | DATE: January 18, 2008 |
| v. | TIME: 9:00 a.m. |
| EDUARDO HERNANDEZ-BAHENA, | NOTICE OF MOTIONS: |
| Defendant. | (1) TO COMPEL DISCOVERY; AND,<br>(2) FOR LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
REBECCA S. KANTER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on January 18, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Eduardo Hernandez-Bahena, by and through his counsel, Robert Rexrode and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Eduardo Hernandez-Bahena, by and through his attorneys, Robert Rexrode and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

//

1) to compel discovery; and,
2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

                              Respectfully submitted,

Dated: November 30, 2007       */s/ Robert H. Rexrode, III*
                              **ROBERT H. REXRODE, III**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Hernandez-Bahena
                              robert_rexrode@fd.org