1 **ROBERT H. REXRODE, III**
California State Bar No. 230024
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone: (619) 234-8467, Ext. 3720
4 Facsimile: (619) 267-2666
robert_rexrode@fd.org

6 Attorneys for Mr. Eduardo Hernandez-Bahena

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 (**HONORABLE DANA M. SABRAW**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  07cr2871-DMS |
| Plaintiff, ) | DATE:       January 18, 2008 |
| v. ) | TIME:        9:00 a.m. |
| EDUARDO HERNANDEZ-BAHENA, ) | |
| ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |
| _____ ) | _____ |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Lawrence Casper, lawrence.casper@usdoj.gov
U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

Dated: November 30, 2007

*/s/ Robert H. Rexrode, III*
**ROBERT H. REXRODE, III**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Hernandez-Bahena
robert_rexrode@fd.org