1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169, Ext. 13
   Facsimile: (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5
   Attorneys for Mr. Eduardo Hernandez-Bahena
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                      (**HONORABLE DANA M. SABRAW**)
10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07cr2871-DMS |
| | ) | |
| Plaintiff, | ) | DATE:     January 18, 2008 |
| | ) | TIME:     9:00 a.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS: |
| EDUARDO HERNANDEZ-BAHENA, | ) | |
| | ) | (1) TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION; |
| Defendant. | ) | (2) TO DISMISS INDICTMENT FOR FAILURE TO ALLEGE ELEMENTS; |
| | ) | (3) TO STRIKE SURPLUSAGE; |
| | ) | (4) TO PRODUCE GRAND JURY TRANSCRIPTS; |
| | ) | (5) GIVING NOTICE UNDER RULE 12.2; AND, |
| | ) | (6) FOR LEAVE TO FILE FURTHER MOTIONS |
| _____ | ) | _____ |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on January 18, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Eduardo Hernandez-Bahena, by and through his counsel, Robert Rexrode, will ask this Court to enter an order granting the following motions.

//

//

**MOTIONS**

The defendant, Eduardo Hernandez-Bahena, by and through his attorney, Robert Rexrode, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery;
2) to dismiss the indictment due to misinstruction;
3) dismiss the indictment for failure to allege elements;
4) to strike surplusage;
5) to produce grand jury transcripts;
6) giving notice under rule 12.2; and,
7) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: December 24, 2007

*/s/ Robert H. Rexrode, III*
**ROBERT H. REXRODE, III**
Attorneys for Mr. Estrada-Jimenez
robert_rexrode@rexrodelawoffices.com