**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, ext. 13
Facsimile:   (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorneys for Mr. Eduardo Hernandez-Bahena

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07cr2871-DMS |
| Plaintiff, | DATE:        January 18, 2008 |
| v. | TIME:        9:00 a.m. |
| EDUARDO HERNANDEZ-BAHENA, | CERTIFICATE OF SERVICE |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Lawrence Casper, lawrence.casper@usdoj.gov
U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

_/s/ Robert H. Rexrode, III_
Dated: December 24, 2007        **ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com