FILED ORIGINAL
FEB 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2871-DMS |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | **(Superseding)** |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| EDUARDO HERNANDEZ-BAHENA, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony); Title |
| | ) | 8, U.S.C., Sec. 1325 (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about August 1999, within the Southern District of California, defendant EDUARDO HERNANDEZ-BAHENA, being an alien, unlawfully entered or attempted to enter the United States at a having previously committed the offense of unlawfully entering or attempting to enter the United States; all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//
//
//

## Count 2

On or about October 2001, within the Southern District of California, defendant EDUARDO HERNANDEZ-BAHENA, being an alien, unlawfully entered or attempted to enter the United States at a having previously committed the offense of unlawfully entering or attempting to enter the United States; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about August 22, 2007, within the Southern District of California, defendant EDUARDO HERNANDEZ-BAHENA, being an alien, unlawfully entered or attempted to enter the United States at a having previously committed the offense of unlawfully entering or attempting to enter the United States; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: February 12, 2008

KAREN P. HEWITT
United States Attorney

*(signed)*

LAWRENCE A. CASPER
Assistant U.S. Attorney