AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

```
FILED
FEB 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

EDUARDO HERNANDEZ-BAHENA

CASE NUMBER: 07cr2871-DMS

I, Eduardo Hernandez-Bahena, the above named defendant, who is accused of Three counts of illegal entintry, one misdemeanor and two felonies, in violation of 8 U.S.C. §§ 1325.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd